IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–11–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL JAMES HOLLOWAY, | |
| Defendant. | |

THIS matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. (Doc. 22.) Defendant Michael James Holloway appeared before the Court on June 17, 2021 and entered a plea of guilty to the indictment. He also admitted the forfeiture allegation. Holloway's plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 881, 18 U.S.C. § 924(d) and 21 U.S.C. § 5872.

IT IS ORDERED:

THAT the United States' motion (Doc. 22) is GRANTED;

THAT Defendant Holloway's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and (2) and 881, 18 U.S.C. § 924(d) and 21 U.S.C. § 5872:

- Sig Sauer Silencer SRD762TI-QD Silencer CAL:7.62 SN: 61A019605;

1

- Izhmash (IMEZ) Saiga-12 Shotgun CAL:12 SN: 14602373;

- Beretta, Pietro S.P.A A400 Xtreme Uni Shotgun CAL: 12 SN: XA084399;

- Benelli, S. PA Super Nova Shotgun CAL: 12 SN: Z522105;

- Ruger 10/22 Rifle CAL:22 SN: 35797440;

- Remington Arms Company INC 870 Shotgun CAL:12 SN: RF26002A;

- Kimber PRO CDP II Pistol CAL:45 SN: KR135421;

- Kimber Onyx Ultra II Pistol CAL:45 SN: KXU3421;

- Glock INC 17GEN4 Pistol CAL:9 SN: ABTD907;

- Christensen Arms (TDJ INC) 14 Rifle SN: CV03599;

- Marlin Firearms CO 995SS Rifle CAL: 22 SN:04224727;

- CZ USA Unknown Pistol CAL: Unknown SN: V2570CZ; and

- Ruger GP100 Revolver CAL .357 SN 17037650.

THAT the United States Marshal's Service, the Bureau Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order

and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 881, 18 U.S.C. § 924(d) and 21 U.S.C. § 5872 and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 22nd day of June, 2021.

Donald W. Molloy, District Judge
United States District Court